BEFORE THE SECOND DIVISION, JUNE 3, 1953

**No. 57376.**—Gimbel Bros., Inc., and M. J. Corbett & Co., Inc. *v.* United States, protests 200402–K and 200407–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiffs was sustained.